## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAHENDRA GAJARAWALA, | : CIVIL ACTION NO. 00-2522 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR FEES

**IT IS HEREBY STIPULATED AND AGREED,** by, between, and among plaintiff,

Manhendra Gajarawala, and defendant and Metropolitan Life Insurance Company, as evidenced

by the signatures of their duly authorized counsel, that this action is dismissed with prejudice and

without costs or fees.

AGREED TO BY AND ON
BEHALF OF PLAINTIFF

By: _____

Kenneth R. Behrend, Esq.
Behrend & Ernsberger, P.C.
The Park Building
355 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Counsel For Plaintiff,
Manhendra Gajarawala

AGREED TO BY AND ON
BEHALF OF DEFENDANT

By: _____

B. John Pendleton, Jr., Esq.
McCarter & English, LLP
One Gateway Center
100 Mulberry Street
Newark, NJ 07102

Counsel For Defendant,
Metropolitan Life Insurance Company

v.

**IT IS SO ORDERED** on this _7th_ day of May, 2007.

DONETTA AMBROSE
CHIEF JUDGE

v.